**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Burton Perlman
United States Bankruptcy Judge

**Dated: May 06, 2010**

_____

```
             UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION


 In Re:                              )
                                     )
 Albert L. Watson                    )    Case No. 08-12791
                                     )
                                     )    Chapter 13
              Debtor(s)              )
                                     )    Judge Burton Perlman
        ORDER GRANTING APPLICATION FOR ORDER
             DIRECTING PAYMENT OF FUNDS
```

This matter is before the Court on the application of debtor(s)Albert L. Watson a claimant in the captioned case for an order directing payment of funds held in the registry of the Court. By the application, Claimant seeks to recover $1,566.90 from the Court pursuant to 28 U.S.C. § 2042.  The application was served upon the proper parties as required and no objections have been filed. Accordingly, the application for payment of unclaimed funds is hereby **GRANTED.**

The Clerk of the United States Bankruptcy Court at Cincinnati is directed to issue a check from the unclaimed fund in the amount of $1,566.90 to the claimant debtor(s)Albert L. Watson.

**SO ORDERED.**

Copy to:

Default List

United States Attorney
220 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Evelyn Rushing, Financial Assistant